UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH MERCOLA,

    Plaintiff,

v.                                              Case No.:   2:23-cv-545-SPC-KCD

THE NEW YORK TIMES
COMPANY,

    Defendant.
_____/

## ORDER

This case came before the Court for oral argument on Defendant The New York Times Company's Time-Sensitive Motion to Stay Discovery. (Doc. 31.) Considering Defendant's request for an expedited ruling, the Court issued its decision from the bench. Accordingly, for the reasons cited on the record, it is **ORDERED**:

1. Defendant The New York Times Company's Time-Sensitive Motion to Stay Discovery (Doc. 31) is **DENIED**.

**ENTERED** in Fort Myers, Florida on November 7, 2023.

Kyle C. Dudek
United States Magistrate Judge